NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

LARRY PARK,                          )
                                     )
          Appellant,                 )
                                     )
v.                                   )          Case No. 2D18-3032
                                     )
STATE OF FLORIDA,                    )
                                     )
          Appellee.                  )
_____)

Opinion filed September 16, 2020.

Appeal from the Circuit Court for Polk
County; Wayne Durden, Judge.

Appeal from the Circuit Court for Polk
County; Wayne Durden, Judge.

Ashley Moody, Attorney General,
Tallahassee and Laurie Benoit-Knox,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


          Affirmed.


KHOUZAM, C.J., and BLACK, JJ., and CASE, JAMES, R., ASSOCIATE SENIOR
JUDGE, Concur.